# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

GS HOLISTIC LLC,

    Plaintiff,

-vs-

SMOKE N SAVE LLC, et al.,

    Defendants.

Case No. 1:24-cv-451

District Judge Walter H. Rice
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz (ECF No. 14), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendation.

Accordingly, it is hereby ORDERED that Plaintiff's Motion to Dismiss Defendants' Counterclaim (ECF No. 8) is granted without prejudice to a motion for sanctions under 28 U.S.C. § 1927 or Fed.R.Civ.P. 11 if warranted.

January 28, 2025.

*Walter H. Rice*
Walter H. Rice
United States District Judge