IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

GS HOLISTIC, LLC,

    Plaintiff,

        v.              :      Case No. 1:24-cv-451

SMOKE N SAVE, LLC,            Judge Walter H. Rice
d/b/a SMOKE N SHOP, *et*     :
*al.*,

    Defendants.
                         :

---

ORDER OVERRULING AS MOOT MOTION FOR SUMMARY JUDGMENT
OF DEFENDANTS SMOKE N SAVE, LLC, d/b/a SMOKE N SHOP, AND
MICHAEL ADAMS (DOC. #36)

---

This case is before the Court on the Motion for Summary Judgment of

Defendants Smoke N Save, LLC, d/b/a Smoke N Shop, and Michael Adams. (Doc.

#36). Defendants filed their Motion February 14, 2026. Before the Court could rule

on the Motion, on April 17, 2026, Plaintiff GS Holistic, LLC, filed a Motion for Leave

to File an Amended Complaint. (Doc. #44). This Court sustained the Motion for

Leave via Notation Order on April 20, 2026, and the First Amended Complaint was

docketed. (Doc. #45). "An amended complaint supersedes an earlier complaint

for all purposes." *In re Refrigerant Compressors Antitrust Litigation,* 731 F.3d 586,

589 (6th Cir.2013). Consequently, upon the First Amended Complaint becoming

operative, the original Complaint (Doc. #1)—to which the Motion for Summary

Judgment is directed—became a nullity.  Accordingly, Defendants' Motion for Summary Judgment (Doc. #36) is OVERRULED AS MOOT.

IT IS SO ORDERED.

May 21, 2026

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT