**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**SOUTHERN DIVISION AT DAYTON**

Case No. 1:24-cv-00451

GS HOLISTIC, LLC,

Plaintiff,

vs.

Smoke N Save LLC, et al.,

Defendants.
______________________________________ /

**PLAINTIFF'S MOTION FOR DEFAULT AGAINST BRENDA JONES**

Plaintiff GS Holistic LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 55, hereby moves for entry of a Default against Brenda Jones for failure to plead or otherwise defend against this action in a timely manner, and in support thereof states as follows:

1. As evidenced by the Affidavit of Service on file with this Court, Defendant Brenda Jones was served on May 9, 2026, DE 60, see Exhibit 1.
2. The applicable time limit for Defendant Brenda Jones to appear or otherwise respond to this action expired on May 30, 2026. See Exhibit 1.
3. Defendant Brenda Jones has failed to serve or file a pleading or otherwise respond to the Complaint.
4. This request is based on the attached Affidavit of Eddy Leal, counsel of record for Plaintiff GS Holistic LLC. See Exhibit 1.

Respectfully submitted,

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this June 3, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030