**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| GS Holistic, LLC, | : | |
| Plaintiff, | : | Case No. 1:24-cv-00451 |
| vs. | : | District Judge Walter H. Rice |
| Smoke N Save LLC et al., | : | |
| Defendants. | : | |

# CLERK'S ENTRY OF DEFAULT

It is appearing that Defendant **Karim Elaiwi** is in default, having failed to plead or otherwise defend in this cause as required by law.

Now therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Clerk's Entry of Default is hereby entered against Defendant **Karim Elaiwi** this 4th day of June, 2026.

Richard W. Nagel, Clerk
United States District Court
Southern District of Ohio

By: s/ Anne Wamsley
Deputy Clerk